406 A.2d 342

COMMONWEALTH of Pennsylvania, Appellant,

v.

Edward HUFFNAGLE.

Superior Court of Pennsylvania.

Argued March 12, 1979.

Decided June 1, 1979.

Reargument Denied Oct. 17, 1979.

Richard M. Mohler, District Attorney, Lewistown, for Commonwealth, appellant.

74

Alan Ellis, State College, for appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

PER CURIAM:

The order of the lower court is affirmed. The court was correct in finding the evidence insufficient to convict appellee of theft by deception. The Commonwealth failed to show that appellee intended to mislead the undercover agent. In this regard it may be noted that the price paid by the undercover agent was quite low in relation to the current street value of amphetamines.